# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 20-4482-JPR**                                                             Date: **February 26, 2021**
Title:  **Pavel Raskin v. Andrew M. Saul**

==================================================================

**DOCKET ENTRY: Order to Show Cause re Plaintiff's Failure to Prosecute**

==================================================================

PRESENT:

        **HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT:
     None present                                                                              None present

**PROCEEDINGS: (IN CHAMBERS):**

    Under the terms of the Court's May 29, 2020 case-management order, Plaintiff was obligated to provide his portion of the joint stipulation to Defendant by no later than January 14, 2021.  On February 18, 2021, Defendant filed notice that he had not done so, nor has he filed any response to Defendant's filing.  Further, Defendant indicates that Plaintiff never engaged in the mandatory settlement discussions.

    Accordingly, no later than March 12, 2021, Plaintiff's counsel is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and to follow Court orders.  If within that time frame Plaintiff submits his portion of the joint stipulation to Defendant and files notice of having done so — first having engaged in the mandatory settlement discussions — or Plaintiff or the parties together file a request for an extension of time, this OSC will automatically be discharged.

    **Plaintiff's failure to timely respond to this OSC will likely result in dismissal of this action.**