JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL RASKIN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | ) Case No. CV 20-4482-JPR<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　For the reasons set forth in the accompanying Order Dismissing Action for Failure to Prosecute and Failure to Obey Court Orders, it is hereby ADJUDGED that this action is dismissed without prejudice.

DATED: March 18, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE