UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL RASKIN,<br><br>            Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. CV 20-4482-JPR<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Acting Commissioner's request for an order affirming her final decision is DENIED; and (3) judgment is entered in Plaintiff'S favor.

DATED: November 10, 2021

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE