1  Betty Herrera, Esq. (CSBN 242189)
2  UNITED DISABILITY LAWYERS GROUP
   285 N. Hill Street
3  Pasadena, California 91106
4  Phone:(818) 716-8354
   Fax: (888) 425-1666
5  bherrera@uniteddisabilitylawyers.com
6  Attorney for Plaintiff

7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
                       (Western Division – Los Angeles)
10

11

12  PAVEL RASKIN,                          ) Case No. 2:20-cv-04482-JPR
                                           )
13         Plaintiff,                      ) ORDER AWARDING EQUAL
                                           ) ACCESS TO JUSTICE ACT
14                                         ) ATTORNEY FEES AND EXPENSES
           v.                              ) PURSUANT TO 28 U.S.C. § 2412(d)
15                                         ) AND COSTS PURSUANT TO 28
16  KILOLO KIJAKAZI,                       ) U.S.C. § 1920
    Commissioner of Social Security,       )
17                                         )
18         Defendant.                      )
                                           )
19  _____ )

20
           Based upon the parties' Stipulation for the Award and Payment of Equal
21
    Access to Justice Act Fees, Costs, and Expenses:
22
           IT IS ORDERED that fees and expenses in the amount of $4,600.00 as
23
    authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by
24
    28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
25

26
                                            /s/ Jean Rosenbluth
27  DATE: February 8, 2022                  _____
28                                          HONORABLE JEAN P. ROSENBLUTH
                                            UNITED STATES MAGISTRATE JUDGE

-1-